department, entered March 12, 1926, which unanimously affirmed an order of Special Term denying a motion for an order of mandamus to compel reinstatement of the petitioner in office in the Department of Public Works. The petitioner, a veteran of the Spanish-American War, held the position of Superintendent of Terminals in that department, a position in the competitive class of the civil service, for which he had passed a competitive examination, and been duly certified for appointment. Upon the general reorganization of the Department of Public Works his position was abolished and the duties thereof transferred to others. Petitioner contended that his removal from office and failure to transfer him to such branch of the service as he was fitted to fill was illegal.

*Rosalie Ulrich* and *Milton M. Eisenberg* for appellant.
*Albert Ottinger, Attorney-General (Patrick H. Clune* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

In the Matter of the Estate of JOHN H. WHITE, Deceased.
JOHN W. WHITE et al., as Executors, Appellants; MELISSA B. WHITE, Respondent.

*Will — dower — construction of provision of will giving to widow a sum equal to her dower right in real and personal estate.*

*Matter of White*, 219 App. Div. 502, affirmed.
(Argued May 12, 1927; decided May 31, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 10, 1927, which reversed a decree of the Schenectady County Surrogate's Court construing so much of the will of John H. White, deceased, as provided: " I give and bequeath to my wife, Melissa Bame White, a sum equal to her dower right, in both my real and personal

estate." The surrogate held that the widow, on her husband's death, became entitled to her dower in his real estate and in addition thereto a sum equal to the cash value of such dower. The Appellate Division held that the widow was entitled to the cash value of her dower in the real estate and in addition to one-third of the personalty.

*Daniel Naylon* for appellants.

*Walter F. Wellman* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HARRY L. HOFFMAN, Respondent.

*Crimes — murder in second degree — judgment of conviction affirmed.*

People v. Hoffman, 219 App. Div. 334, affirmed.

(Argued May 12, 1927; decided May 31, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 25, 1927, which reversed a judgment of the Richmond County Court rendered upon a verdict convicting defendant of the crime of murder in the second degree and granted a new trial.

*Albert C. Fach, District Attorney (Lester L. Callan* of counsel), for appellant.

*Leonard A. Snitkin* and *Leo H. Klugherz* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.